

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00772-CR

Carlos **ROMO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2018-CRF-001456-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED with respect to Counts I and II. With respect to Count III, the trial court's judgment is REVERSED and a judgment of acquittal is RENDERED on Count III.

SIGNED May 26, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice